ORDERED.

**Dated: March 12, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

In re:

Altagracia Kiki Cannon

Debtor*.
______________________________/

Case No. 2:26-bk-00324-FMR
Chapter 13

**ORDER ON**
**DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

THIS CASE came on for hearing on March 10, 2026 on Motion to Extend the Automatic Stay under 11 U.S.C. § [362(c)(3)(C) (Doc. No. 11) (the "Motion"). For the reasons stated on the record, the Motion is:

_______ Denied

___✓___ Granted (pending a continued hearing on 4/21/2026 2:15 PM at _______________) as to:

_______ A. ________________________________.

___✓___ B. All creditors except those to which the automatic stay does not apply by operation of Debtor's Chapter 13 Plan and paragraph 13 of the Court's *Administrative Order Prescribing Procedures for Chapter 13 Cases* entered in this case.

The Court at its discretion may file written findings and conclusions at a later date.

Debtor's Attorney is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.