ORDERED.

**Dated: March 18, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

Altagracia Kiki Cannon,

Debtor.
______________________________________ /

Case No.: 2:26-bk-00324-FMR
Chapter: 13

**ORDER GRANTING**
**DEUTSCHE BANK TRUST COMPANY AMERICA'SMOTION**
**TO CONFIRM NO STAY WITH REQUEST FOR EXPEDITED CONSIDERATION**
**OR, IN THE ALERNATIVE, EMERGENCY HEARING REQUESTED**

THIS CASE came before the Court on March 18, 2026 at 9:30 AM upon the Motion To Confirm No Stay With Request For Expedited Consideration or, in the Alternative, Emergency Hearing Requested [Doc. 28] ("Motion to Confirm No Stay") filed by Deutsche Bank Trust Company Americas as Indenture Trustee for the registered holders of Saxon Asset Securities Trust 2006-3 Mortgage Loan Asset Backed Notes, Series 2006-3, its successors and/or assigns (the "Movant"). The Court also heard Movant's *ore tenus* Motion to Vacate the Order Directing Mortgage Modification Mediation [Doc. 27]. For the reasons stated on the record, it is

**ORDERED:**

1. The Motion to Confirm No Stay is **GRANTED**.

2. The automatic stay under 11 U.S.C. § 362 did not go into effect as to Movant's interest in the real property located at located at 3427 Ceitus Parkway, Cape Coral, FL 33991 ("Property") and legally described as:

> **LOTS 17, 18, 19, AND 20, BLOCK 5327, UNIT 58, CAPE CORAL SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 23, PAGES 128 THROUGH 147, INCLUSIVE, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

3. The recorded Order Granting Motion for Relief from the Automatic Stay and Co-Debtor Stay and Seeking Two-Year Bar Pursuant to § 362(d)(4)(B) [Doc. 34] entered in bankruptcy case no. 2:25-bk-00395-FMD remains valid, binding and in full force and effect.

4. The Order Directing Mortgage Modification Mediation [Doc. 27] is **VACATED**.

5. The Order on Debtor's Motion to Extend the Automatic Stay Extending [Doc. 25] is **MODIFIED** *ab initio* to include term that it is not binding as to Movant, its successor and/or assigns, with respect to the Property.

6. Movant's attorneys' fees in the amount of $1,980.00 are recoverable in rem as pursuant to the underlying loan documents.

Attorney Reka Beane is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.